FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

20 FEB 26 PM 4: 33

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20-703 VJ1 |
| vs. | ) 8 U.S.C. § 1324(a)(1)(A)(v)(I): |
| | ) Conspiracy to Transport an Illegal Alien |
| **ERIC ANDREW BROOKS**, | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about December 27, 2019, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ERIC ANDREW BROOKS**, combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the United States, to commit an offense defined in 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii), specifically, transporting illegal aliens.

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

JOHN C. ANDERSON
United States Attorney

for LUIS A. MARTINEZ
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304