# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 20-703 VJ1 | UNITED STATES vs. BROOKS |
|---|---|

### Before The Honorable Carmen E. Garza, United States Magistrate Judge

| Hearing Date: | 2/26/2020 | Time In and Out: | 1:39-1:41; 1:47-2:14 P.M. (9 MIN) |
|---|---|---|---|
| Clerk: | B. WILSON | Digital Recording: | LC-Sierra Blanca |
| Defendant: | ERIC ANDREW BROOKS | Defendant's Counsel: | CESAR PIERCE-VARELA |
| AUSA: | RYAN ELLISON | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of: **Information**
☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☒ Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☒ Deft pleads GUILTY to: **Information**
☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Date: **to be notified**
☒ Defendant to Remain in Custody
☐ Present conditions of release continued     ☐ Conditions changed to:
☐ Penalty for failure to appear explained
☒ Presentence Report Ordered     ☐ Expedited (Type III)

Other Matters: